**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000007
04-MAY-2018
10:12 AM**

NO. CAAP-18-0000007

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
MICHAEL NETH, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DTC-17-067099)

ORDER APPROVING THE APRIL 8, 2018 STIPULATION
FOR VOLUNTARY DISMISSAL OF THE APPEAL
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation for Voluntary Dismissal of the Appeal, filed April 8, 2018, by Defendant-Appellant Michael Neth (**Neth**), it appears that (1) the appeal was docketed on February 28, 2018; (2) pursuant to Hawai'i Rules of Appellate Procedure (**HRAP**) Rule 42(b), the parties stipulate to dismiss the appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; (4) the stipulation includes Neth's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c); and (5) dismissal is authorized by HRAP Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, May 4, 2018.


Chief Judge


Associate Judge


Associate Judge